UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SHAMSIDDEEN HATCHER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.: 3:15-CV-59-TAV-HBG |
| | ) | |
| SULLIVAN COUNTY, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This is a *pro se* petition for a writ of habeas corpus pursuant to 42 U.S.C. 2254 [Doc. 2]. The petitioner, who is incarcerated in a state prison in Sullivan County, Tennessee, is challenging his 2014 Bristol, Tennessee conviction for simple assault [Doc. 2].

Under 28 U.S.C. § 2241(d), venue for a writ of habeas corpus lies in the district where a petitioner's judgment of conviction was entered or the district wherein petitioner is incarcerated. In this case, it appears that Sullivan County, Tennessee, which lies within the Northeastern Division of this district, is both the district where the petitioner's conviction was entered and where he is incarcerated. Therefore, it is in the interests of justice, and more convenient for the parties and potential witnesses, that this case be transferred to the Northeastern Division. *See* 28 U.S.C. § 1404(a).

Accordingly, it is **ORDERED** that the Clerk transfer this case to the United States District Court for the Eastern District of Tennessee, at Greeneville, forthwith.

E N T E R :

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2